USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN JACKSON,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

1:19-cv-08574-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 16, 2019, the Court issued an order directing the parties to confer regarding their willingness to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 11. That order further directed the parties to either submit a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or file a joint letter advising the Court that they do not consent no later than December 30, 2019. That deadline has long since passed, and the Court has received no submission from the parties.

The parties are directed to communicate, either by telephone or in writing, regarding their willingness to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge, and to comply with the Court's December 16, 2019 order forthwith.

SO ORDERED.

Dated: January 6, 2020
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge