```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
STEPHEN JACKSON,

                        Plaintiff,

  -v-                                             CIVIL ACTION NO.: 19 Civ. 8574 (GHW) (SLC)

COMMISSIONER OF SOCIAL SECURITY,                 **ORDER**

                        Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

      A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **September 15, 2020.** The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:     New York, New York
             August 20, 2020

                                                      SO ORDERED

                                               _____
                                               **SARAH L. CAVE**
                                               **United States Magistrate Judge**